

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) John A. Keperling Jr.   318356
   (Name of Plaintiff)      (Inmate Number)

James T. Vaughn Corr. Center
1181 Paddock rd. Smyrna DE.
   (Complete Address with zip code)   19977

(2) _____
   (Name of Plaintiff)    (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
: 
: 
: _____
:    (Case Number)
: ( to be assigned by U.S. District Court)
: 
: 
: 
: 
: 

vs.

(1) Correctional Medical Services

(2) Mr. Ronnie Moore   administrat...

(3) _____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? **··Yes** ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? **··Yes** ··No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed grievances, attended hearings, did not sign off on anything

2. What was the result? everything at stand still, had one shot in foot Still in pain etc.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Correctional Medical Services

Employed as Medical Provider at James T. Vaugn Corr. Center

Mailing address with zip code: CMS 12647 Olive Boulevard St Louis, MO. 63141 or CMS James T. Vaughn Corr. Center 1181 Paddock rd. Smyrna, DE 19977

(2) Name of second defendant: Ronnie Moore Jr

Employed as administrator at James T. Vaughn Corr. center Correctional Medical Serui,

Mailing address with zip code: 1181 Paddock rd. Smyrna, DE. 19977

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

Case 1:08-cv-00466-SLR   Document 2   Filed 07/28/2008   Page 3 of 6

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Heel pain started 6-28-07. The Doctor at the time Dr. Fredrick Vandusen delayed, ignored, did not practice his Hippocratic Oath. CMS does not provide Adequate Medical Care, they Neglect their duties and Malpractice medical needs.

1. Told Dr./staff 4-times, 6-sick calls, 6 grievances, wrote at least 8-letters. see NOTE PAGE

2. Mr Ronnie Moors - administrator. He neglected myself and neglected to direct his staff to properly treat myself. He failed to do his job. I wrote him numerous times also.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To have proper treatment/surgery etc for Heel and proper Back treatment, medications etc.

3

2. Punitive, Monetary damages for suffering, pain, anguish, loss of good job etc.

3. Need a Lawyer appointed also

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of July, 2008.

John A Keperling jr
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

NOTES: I'm also what they call a Chronic Care Patient. They always let me run out of needed medications, etc.

I told Dr Vanduzen and CMS staff numerous times about Severe Heel pain and Back pain. All started 6-28-07. Told 4 times, 6 sick calls in, 6 grievances in, wrote letters to Governor, Commissioner, Bureau Chief, Warden, Deputy Warden, Administration, Center for Justice, ACLU, 2 attorneys. All I received was 1 visit to outside Doctor, who gave me a shot of cortisone, was to go back in 2-weeks for 2nd shot. Never went back. 1st shot did nothing at all. I have a confirmed Bone Spur which needs Surgery. They are refusing any and all medical attention to myself.

This all means Malpractice, Negligence, Delay of Proper Treatment, Violates the Human Rights of Inmates and even constitutes Cruel and Unusual Punishment, and possibly a Reverse Discrimination Suit/Issue.

I have complete Chronological listing of Medical care and attention going back to 7-28-05. I was Chronic Care Patient starting back approx end of 2002.

Example: over 3 years 3-8-05 to 2-5-08
76 - appts. total on call out sheet. Missed work etc
only 36 - appts kept. 8-dental, 5-mental health, 2-eye
40 - cancelled appts. No Reason at all

John A Kesperling jr



I/M John Keperling
SBI# 318256
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE
19801