Case Number 1:08-cv-00466-SLR
Civ. No. 08-466-SLR

Aug. 10, 2008

To Honorable Judge Sue L. Robinson

RECEIVED AUG 12 2008 SUE L. ROBINSON U.S. DISTRICT JUDGE

Good day. I recently filed a action suit 42 U.S.C. § 1983 along with 28 U.S.C. § 1915. I received order on Aug. 9, 2008. I'm aware I'm an inmate and being made to pay an filing fee for, Correctional Medical Services Mistakes, Negligence, Medical Malpractice, Delay of Medical Treatment, along with them Breaching Applicable Standards of Medicine is just wrong. C.M.S. recently received a 39 million dollar contract for 1 year of service. Outrageous, considering the lack of health care provided.

I work as an Instructional Aide in the Education Dept. here at J.T.V.C.C. I earn .40¢ per hour 7 hrs. a day, an average of 16 days per month which totals $44.00 a month. I use this for Personal Hygiene and basic living needs. What's wrong with that scenario?

I have been in constant, severe pain for over 1 year along with all the other medical issues I'm dealing with here. I'm sure you read the paper and are aware of all the issues. Civil Rights are being denied to myself and others. It seems the court wants to continue to punish us and rob us of what little we have. C.M.S. has gotten away with way to much. I'm asking for help, support, etc. in this motion.

Thank You,
Sincerely,
✗ John. A. Keperling Jr. #318356
J.T.V.C.C.
1181 Paddock Rd.
Smyrna, DE 19977

318356
Jam T. Vaughn Corr. Center
81 Paddock road
Smyrna, DE 19977

U.S.M.S.
X-RAY

Judge Sue L. Robinson
States District Court
844 N. King St. Lockbox 18
Wilmington, DE. 19801-3570

WILMINGTON DE 197
11 AUG 2008 PM 3 T

19801435570